IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | \* |
| Plaintiff, | \* |
| v. | \* CV 321-081 |
| STEVEN CADY, PATRICIA A. CADY, DAVID C. LASTING, and JENNIFER B. LASTING, | \* |
| Defendants. | \* |

O R D E R

On June 28, 2022, Plaintiff and Defendants filed a "Stipulation of Dismissal With Prejudice," indicating that the parties have reached a settlement. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE